UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

CASE NO. 20-CV-00245-KKC                                    ELECTRONICALLY FILED

BRADLEY L. HAMBLIN,                                                        PLAINTIFF,

VS.                                    <u>STATUS REPORT</u>

JEREMY ELLIOTTE, LOGAN HOWELL,
DACKERY LARKEY, and DERREK LOVETT,                         DEFENDANTS.

\*\* \*\* \*\*

Comes now the undersigned attorney for the Defendants and for his status report states that the trial for Defendants Elliotte, Howell, and Lovett in the United States District Court for the Eastern District of Kentucky, at London, Case No. 22-CR-00041-CHB, has been rescheduled to April 4, 2023.

    Respectfully Submitted,

    s/David S. Hoskins
    DAVID S. HOSKINS
    400 South Main Street
    P.O. Box 1185
    Corbin, KY 40702-1185
    Telephone: (606) 526-9009
    Email: hoskinslaw@bellsouth.net
    COUNSEL FOR DEFENDANTS
    JEREMY ELLIOTTE, LOGAN
    HOWELL, DACKERY LARKEY,
    AND DERREK LOVETT

CERTIFICATE OF SERVICE

The undersigned certifies that on this 13th day of October, 2022, the foregoing was filed electronically with the Clerk of the Court by using CM/ECF System which will send notice of filing to all counsel of record.

s/David S. Hoskins
COUNSEL FOR DEFENDANTS
JEREMY ELLIOTTE, LOGAN
HOWELL, DACKERY LARKEY,
AND DERREK LOVETT
