UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| BRADLEY L. HAMBLIN,<br><br>Plaintiff,<br><br>v.<br><br>JEREMY ELLIOTTE, *et al*.,<br><br>Defendants. | ) | No. 6:20-CV-245-KKC-HAI<br><br>ORDER |

*** *** *** ***

On October 10, 2024, the Court permitted the attorneys for Plaintiff Bradley Hamblin to withdraw. D.E. 40. The Court also ordered Hamblin, by November 18, to have new counsel enter appearance or else indicate his intention to proceed without a lawyer. *Id*. Neither has occurred. Accordingly, **IT IS HEREBY ORDERED THAT:**

(1) On or before **Tuesday, December 10, 2024**, Plaintiff Hamblin **SHALL SHOW CAUSE** for his failure to follow the Court's Order by filing a statement in the record that explains the reasons for his noncompliance and his intentions going forward.

(2) The Clerk **SHALL** serve a copy of this order upon Plaintiff Hamlin via both mail and email, as indicated at Docket Entry 32 at 2.

This the 26th day of November, 2024.

**Signed By:**
***Hanly A. Ingram***
**United States Magistrate Judge**