**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION AT LONDON**

**BRADLEY L. HAMBLIN,**

**Plaintiff,**

**v.**

**JEREMY ELLIOTTE, *et al.*,**

**Defendants.**

**CASE NO. 6:20-CV-245-KKC-HAI**

**ORDER**

*** *** ***

Plaintiff Bradley L. Hamblin's counsel moved to withdraw as Hamblin's attorney on September 25, 2024. (DE 37.) Magistrate Judge Hanly A. Ingram held a motion hearing on that request and ultimately allowed his counsel to withdraw. (DE 39.)

The magistrate judge then ordered Hamblin to secure new counsel by November 18, 2024 or file a notice of his intention to proceed *pro se*. (DE 40.) Hamblin failed to comply with that order. In response, the magistrate judge issued a show cause order to explain his noncompliance and his intentions going forward. (DE 41.) Hamblin was given until December 10, 2024 to comply with the show cause order. Again, he failed to comply.

Hamblin has not filed anything in the record since the magistrate judge filed his show cause order. The Court interprets his silence as an unwillingness to continue litigating this action against the defendants.

Accordingly, the Court hereby ORDERS that this matter is DISMISSED and STRICKEN from the Court's active docket. A judgment will be entered contemporaneously with this order.

March 31, 2025

Karen K. Caldwell

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY